### SPEARMAN *v.* EQUITABLE MORTGAGE COMPANY.

LUMPKIN, P. J. 1. There being affirmative evidence that the defendant's name was, by her agent, in her presence and under her express direction, signed to the promissory note sued on, the verdict against her plea of non est factum was fully warranted. In view of this evidence, a finding in her favor was not demanded merely because it was shown that she could not write, and there appeared upon the note the words, "her mark," so written as to indicate that there was originally an intention that she should sign the note in person by her cross-mark, which did not, however, appear to have been actually made thereon.

2. None of the special grounds of the motion for a new trial were meritorious, and there was no error in overruling the motion.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 7, 1902.

Complaint. Before Judge Henry. Heard superior court. November 18, 1901.

*D. B. Whitaker* and *W. H. Daniel*, for plaintiff in error.
*Payne & Tye, C. P. Gordon*, and *Adamson & Jackson*, contra.

---

### BAKER *v.* BRANAN BROTHERS & COMPANY.

FISH, J. The evidence did not, under the law applicable thereto, demand the verdict rendered. Therefore this court will not reverse the judgment of the trial court granting a first new trial.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 7, 1902.

Levy and claim. Before Judge Janes. Carroll superior court. August 23, 1901.

*S. Holderness*, for plaintiff in error.